No. 9496. MARGARET ANN CASEY, an Infant, by John J. Casey, her Guardian ad litem, PLAINTIFF AND RESPONDENT, v. JOHN MONAHAN, doing business under the firm name and style of MONAHAN'S STAR CLEANERS, DEFENDANT AND APPELLANT.

307 Pac. (2d) 787.

Decided Feb. 27, 1957.

*Meyer & Meyer*, Butte, for defendant and appellant.

*Horace J. Dwyer, Robert J. Boyd*, and *I. C. Pearson*, Anaconda, for plaintiff and respondent.

MR. CHIEF JUSTICE HARRISON:

Upon reading and filing the stipulation of the parties to the above-entitled action, and the Court being fully advised in the premises:

It is hereby ordered and this does order, that the above-entitled action be dismissed upon the merits and with prejudice as being fully and finally compromised and settled, each party to pay her or his own costs.